**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-01803-APG-MDC |
| Plaintiff, | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |
| vs. | [ECF No. 20] |
| ROBERT WASHINSKY, M.D., | |
| Defendant. | |

Default has been entered against defendant Richard Washinsky, M.D. ECF No. 17. The United States moves for default judgment. ECF No. 20. The motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986). I thus find good cause to grant the motion.

I HEREBY ORDER that the motion for default judgment **(ECF No. 20) is granted**. The clerk of the court is directed to enter judgment in favor of the United States of America and against defendant Richard Washinsky, M.D. in the amount of $2,761,954.00.

DATED this 7th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE